UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-CR-20800-KING

UNITED STATES OF AMERICA,

v.

DERRICK HARRELL,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING MAGISTRATE'S ORDER**

    **THIS CAUSE** comes before the Court upon Magistrate Judge Peter R. Palermo's March 9, 2012 Report and Recommendation (DE #220). Therein, Magistrate Judge Palermo recommends that court-appointed attorney William Barzee receive $20,535.55 as fair and final compensation for his complex and extended representation of Defendant Derrick Harrell. After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations.

    Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that Magistrate Judge Peter R. Palermo's March 9, 2012 Report and Recommendation **(DE #220)** be, and the same is, hereby **AFFIRMED and ADOPTED**. Compensation in the amount of $20,535.55 ~~will be~~ is approved by separate Order of the Court. *dated 3-15 2012*

    **DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of March, 2012.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE

cc:

**Counsel for the United States**

**Michael E. Gilfarb**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9015
Fax: 530-7976
Email: Michael.Gilfarb@usdoj.gov

**Arimentha R. Walkins**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9091
Fax: 305-536-7599
Email: arimentha.walkins@usdoj.gov

**Roy Altman**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: Roy.altman@usdoj.gov

**Counsel for Defendant**

**William R. Barzee**
Courthouse Center
40 NW Third Street
Penthouse 1
Miami, FL 33128
305-374-3998
Fax: 374-3985
Email: williambarzee@barzeeflores.com